IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DWIGHT A. WILLIAMS,

    Petitioner

v.

UNITED STATES POSTAL SERVICE,
RENATE TROESTER and GREG DOE,

    Respondents.

JUDGMENT IN A CIVIL CASE

17-cv-782-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 6/11/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |